IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MURDALE TRUE VALUE, and KEVIN D. HARRISON, | ) ) ) |
| Interpleader Plaintiffs, | ) ) |
| vs. | ) Case No. 09-cv-0573-MJR-PMF ) |
| KENNETH J. RICHARDET, et al., | ) ) |
| Interpleader Defendants. | ) |

ORDER

Reagan, District Judge:

A January 20, 2010 Order (Doc. 48) resolved the unopposed October 2009 summary judgment motions filed by 5 of the 9 potential claimants/"Defendants" in this interpleader action. That resulted in the awarding of all interpleader funds ($113,002.82). Default judgment previously was entered against 3 of the other 4 interpleader Defendants. The final Defendant (Rehab Missouri) failed to oppose the summary judgment motions or seek extra time to do so. No interpleader funds remain for distribution in this action, and the Court DISMISSES with prejudice Rehab Missouri.

IT IS SO ORDERED.

DATED January 21, 2010.

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge